UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

v.

NOBLE METAL PROCESSING, INC.,

      Defendant.

_____/

CASE NO.

Hon.

COMPLAINT AND JURY TRIAL DEMAND

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and to provide appropriate relief to Robert Bailey, Leslie Carter, Roshawn Ellis, James Edwards, Ernest Greer, Sean Lyte, Shah Qureshi, Leonza Pickett, and a class of similarly situated non-white employees, and to correct unlawful employment practices on the basis of retaliation and provide appropriate relief to Sean Lyte and Mark Louks. More specifically, the Commission alleges that Defendant Noble Metal Processing, Inc. subjected non-white employees to unlawful discrimination by denying them promotional opportunities on the basis of their race (African American and Asian/Pacific Islander). The Commission further alleges that Defendant Noble Metal Processing, Inc. retaliated against Lyte because he filed a Charge of Discrimination by subjecting him to disparate terms and conditions regarding an offer of promotion. Also, the Commission alleges that Defendant Noble Metal Processing, Inc. retaliated against Louks, a Caucasian employee, by terminating his employment for opposing race discrimination.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Michigan, Southern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Noble Metal Processing, Inc., (the "Employer") has been a Michigan corporation doing business in the State of Michigan, City of Warren, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Robert Bailey, Leslie Carter, Roshawn Ellis, James Edwards, Ernest Greer, Sean Lyte, Mark Louks, Shah Qureshi, and Leonza Pickett filed a charge with the Commission alleging violations of Title VII by Defendant

Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least September 1, 2005, Defendant Employer has engaged in unlawful employment practices at its Warren, Michigan facility in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e, *et. seq*. These practices include denying Robert Bailey, Leslie Carter, Roshawn Ellis, James Edwards, Ernest Greer, Sean Lyte, Shah Qureshi, Leonza Pickett, and similarly situated employees, promotional opportunities to the Maintenance position on the basis of race.

8. Since October 1, 2005, Defendant has engaged in unlawful employment practices at its Warren, Michigan facility in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e, *et. seq*. These practices include retaliating against Lyte because he filed a Charge of Discrimination by subjecting him to disparate terms and conditions regarding an offer of promotion.

9. Since October 1, 2005, Defendant has engaged in unlawful employment practices at its Warren, Michigan facility in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e, *et. seq*. These practices include retaliating against Louks, a Caucasian employee, by terminating his employment for opposing race discrimination.

10. The effect of the practices complained of in paragraphs 7, 8 and 9 above, has been to deprive the Robert Bailey, Leslie Carter, Roshawn Ellis, James Edwards, Ernest Greer, Sean Lyte, Mark Louks, Shah Qureshi, Leonza Pickett, and similarly situated employees, of equal employment opportunities and otherwise adversely affect their status as employees.

11. The unlawful employment practices complained of in paragraphs 7, 8 and 9 above, were and are intentional.

12. The unlawful employment practices complained of in paragraphs 7, 8 and 9, above, were and are done with malice or with reckless indifference to the federally protected

3

rights of Robert Bailey, Leslie Carter, Roshawn Ellis, James Edwards, Ernest Greer, Sean Lyte, Mark Louks, Shah Qureshi, Leonza Pickett, and similarly situated employees.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from engaging in race discrimination and retaliation.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment and promotional opportunities for non-white employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Robert Bailey, Leslie Carter, Roshawn Ellis, James Edwards, Ernest Greer, Sean Lyte, Mark Louks, Shah Qureshi, Leonza Pickett, and similarly situated employees, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant Employer to make whole Robert Bailey, Leslie Carter, Roshawn Ellis, James Edwards, Ernest Greer, Sean Lyte, Mark Louks, Shah Qureshi, Leonza Pickett, and similarly situated employees, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7, 8 and 9, above, in amounts to be proven at trial.

E. Order Defendant Employer to make whole Robert Bailey, Leslie Carter, Roshawn Ellis, James Edwards, Ernest Greer, Sean Lyte, Mark Louks, Shah Qureshi, Leonza Pickett, and similarly situated employees, by providing compensation for past and future non-pecuniary losses

resulting from the unlawful practices complained of in paragraphs 7, 8 and 9, above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be proven at trial.

    F.    Order Defendant Employer to pay punitive damages for its malicious or reckless conduct described in paragraphs 7, 8 and 9, above, in amounts to be proven at trial.

    G.    Grant such further relief as the Court deems necessary and proper in the public interest.

    H.    Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

Dated: November 7, 2008

*/s/ Laurie A. Young*
LAURIE A. YOUNG
Regional Attorney

*/s/ Deborah M. Barno*
DEBORAH M. BARNO (P44525)
Supervisory Trial Attorney

*/s/ Nedra Campbell*
NEDRA CAMPBELL (P58768)
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DETROIT FIELD OFFICE
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
Telephone: (313)226-4620
e-mail: nedra.campbell@eeoc.gov